## MILLER *v.* ZEIGLER.

JUDGMENT AFFIRMED ON THE AUTHORITY OF *Miller* v. *Zeigler, ante.*

THE defendant appealed from a judgment on default entered in the first district court in favor of the plaintiff.

*Higbee & Smith,* for the appellant.

*Richards & Williams,* for the respondent.

The COURT:

The only questions raised in this case are such as were decided against the appellant in *Miller* v. *Zeigler,* a case between the same parties decided at this term. On the authority of that case, therefore, the judgment in this is affirmed.